UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
**MIAMI** DIVISION
www.flsb.uscourts.gov

In re: Delfin Fandino

Case No: 15-16782-RAM
Chapter 13

_____Debtor_____/

## MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY

### IMPORTANT NOTICE TO CREDITORS: THIS IS A MOTION TO VALUE YOUR COLLATERAL

This Motion seeks to value collateral described below securing the claim of the creditor listed below.

---

**IF YOU DISPUTE THE VALUE ALLEGED OR TREATMENT OF YOUR CLAIM PROPOSED IN THIS MOTION, YOU MUST FILE A WRITTEN OBJECTION NO LATER THAN TWO BUSINESS DAYS PRIOR TO THE SCHEDULED HEARING [SEE LOCAL RULE 3015-3(A)(2)]**

If you have not filed a proof of claim, you have until the later of the claims bar date or 21 days from the date this Motion was served upon you to file a proof of claim or you will be deemed to have waived the right to payment of any unsecured claim to which you might otherwise be entitled. [See Local Rule 3015-3(A)(4)]

1.  Pursuant to 11 U.S.C. §506, Bankruptcy Rule 3012, and Local Rule 3015-3, the debtor seeks to value real property securing the claim of Bank of America (the "Lender"). Lender holds a mortgage recorded on 06/09/2007 at OR Book 25689 Page 4755 in the official records of Miami-Dade County, Florida.

2.  The real property is located at 45 E 40th Street, Hialeah FL 33013-2225, and is more particularly described as follows: DURANTE VILLAS PB 55-56 LOT 6 LOT SIZE 60.000 X 139 OR 18602-3800 0599 4.

3. At the time of the filing of this case, the value of the real property is $ <u>143,570.00</u> as determined by <u>Miami-Dade County Appraisal (herein Attached as Exhibit "A")</u>.

4. <u>Ocwen Loan Servicing, LLC</u> hold liens on the real property, senior to priority to Lender, securing claims in the aggregate amount of $ <u>162,175.00</u>.

5. *(Select only one):*

   <u>X</u>  Lender's collateral consists solely of the debtor's principal residence. As there is no equity in the real property after payment in full of the claims secured by liens senior to that of Lender, the value of Lender's secured interest in the real property is $0.

   ___ Lender's collateral is not solely the debtor's principal residence. After payment in full of the claims secured by liens senior to that of Lender, there is equity of $ _____ remaining in the real property. Accordingly, the value of Lender's secured interest in the real property is $ _____ and the value of the Lender's unsecured, deficiency claim is $ _____.

6. The undersigned reviewed the docket and claims register and states (select only one):

   <u>X</u>  Lender has not filed a proof of claim in this case. The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim to the extent provided in paragraph 5, above, and as a general unsecured claim for any deficiency, regardless of the original classification in the proof of claim as filed.

   or

   ___ Lender filed a proof of claim in this case. It shall be classified as a secured claim to the extent provided in paragraph 5, above, and as a general unsecured claim for any deficiency, regardless of the original classification in the proof of claim.

7. The subject real property may not be sold or refinanced without proper notice and further order of the court.

**WHEREFORE,** the debtor respectfully requests an order of the Court (a) determining the value of the real property in the amount asserted in this Motion, (b) determining the secured status of the Lender's lien as stated above, (c) determining that any timely filed proof of claim is classified as stated above, (d) if Lender's secured interest in the real property is determined to be $0, deeming Lender's mortgage on the real property void and extinguished automatically, without further order of the Court, upon entry of the debtor's discharge in this chapter 13 case, and (e) providing such other and further relief as is just.

**NOTICE IS HEREBY GIVEN THAT:**

1. In accordance with the rules of this Court, unless an objection is filed with the Court and served upon the debtor, the debtor's attorney, and the trustee at least two (2) business days prior to the hearing scheduled on this Motion, the value of the collateral may be established at the amount stated above without further notice, hearing or order of the Court. Pursuant to Local Rule 3015-3, timely raised objections will be heard at the hearing scheduled on the Motion.

2. The undersigned acknowledges that this Motion and the notice of hearing thereon must be served pursuant to Bankruptcy Rule 7004 and Local Rule 3015-3 at least 21 days prior to the hearing date and that a certificate of service must be filed when the Motion and notice of hearing thereon are served.

**Submitted by:**

/s/ Robert Sanchez
Robert Sanchez, Esq.
Robert Sanchez, P.A.
355 West 49th Street
Hialeah, FL 33012
Tel: (305) 687-8008
Fl Bar No. 0442161



Address    Owner Name    Folio

# SEARCH:

| 45 E 40th St | Suite | 🔍 |

Back to Search Results

## PROPERTY INFORMATION

**Folio:** 04-3106-020-0060

**Sub-Division:**
DURANTE VILLAS

**Property Address**
45 E 40 ST
Hialeah , FL 33013-2225

**Owner**
DELFIN FANDINO

**Mailing Address**
45 E 40 ST
HIALEAH , FL 33013-2225

**Primary Zone**
0100 SINGLE FAMILY - GENERAL

**Primary Land Use**
0101 RESIDENTIAL - SINGLE FAMILY : 1 UNIT

| **Beds / Baths / Half** | 2 / 1 / 0 |
| **Floors** | 1 |
| **Living Units** | 1 |

Exhibit "A"

| | |
|---|---|
| **Actual Area** | 1,699 Sq.Ft |
| **Living Area** | 1,633 Sq.Ft |
| **Adjusted Area** | 1,574 Sq.Ft |
| **Lot Size** | 8,340 Sq.Ft |
| **Year Built** | 1952 |



**Featured Online Tools**

| | |
|---|---|
| Comparable Sales | Glossary |
| Non-Ad Valorem Assessments | PA Additional Online Tools |

| | |
|---|---|
| Property Record Cards | Property Search Help |
| Report Discrepancies | Report Homestead Fraud |
| Tax Comparison | Tax Estimator |
| TRIM Notice | View Taxes |

## ASSESSMENT INFORMATION

| Year | 2014 | 2013 | 2012 |
|---|---|---|---|
| Land Value | $52,353 | $45,538 | $45,538 |
| Building Value | $86,721 | $81,067 | $78,133 |
| Extra Feature Value | $4,496 | $4,541 | $5,287 |
| Market Value | $143,570 | $131,146 | $128,958 |
| Assessed Value | $133,113 | $131,146 | $128,958 |

## TAXABLE VALUE INFORMATION

| | 2014 | 2013 | 2012 |
|---|---|---|---|
| **COUNTY** | | | |
| Exemption Value | $50,000 | $50,000 | $50,000 |
| Taxable Value | $83,113 | $81,146 | $78,958 |
| **SCHOOL BOARD** | | | |
| Exemption Value | $25,000 | $25,000 | $25,000 |
| Taxable Value | $108,113 | $106,146 | $103,958 |
| **CITY** | | | |
| Exemption Value | $50,000 | $50,000 | $50,000 |
| Taxable Value | $83,113 | $81,146 | $78,958 |
| **REGIONAL** | | | |
| Exemption Value | $50,000 | $50,000 | $50,000 |
| Taxable Value | $83,113 | $81,146 | $78,958 |

## BENEFITS INFORMATION

| Benefit | Type | 2014 | 2013 | 2012 |
|---|---|---|---|---|
| Save Our Homes Cap | Assessment Reduction | $10,457 | | |
| Homestead | Exemption | $25,000 | $25,000 | $25,000 |
| Second Homestead | Exemption | $25,000 | $25,000 | $25,000 |

Note: Not all benefits are applicable to all Taxable Values (i.e. County, School Board, City, Regional).

## FULL LEGAL DESCRIPTION

DURANTE VILLAS PB 55-56

LOT 6

LOT SIZE 60.000 X 139

OR 18602-3800 0599 4

## SALES INFORMATION

| Previous Sale | Price | OR Book-Page | Qualification Description |
|---|---|---|---|
| 05/01/1999 | $0 | 18602-3800 | Qual by exam of deed |
| 10/01/1998 | $152,000 | 18298-269 | 2008 and prior year sales; Qual by exam of deed |

For more information about the Department of Revenue's Sales Qualification Codes.

| 2014 | 2013 | 2012 |

## LAND INFORMATION

| Land Use | Muni Zone | PA Zone | Unit Type | Units | Calc Value |
|---|---|---|---|---|---|
| GENERAL | R-1 | 0100 - SINGLE FAMILY - GENERAL | Front Ft. | 60.00 | $52,353 |

## BUILDING INFORMATION

| Building Number | Sub Area | Year Built | Actual Sq.Ft. | Living Sq.Ft. | Adj Sq.Ft. | Calc Value |
|---|---|---|---|---|---|---|
| 1 | 1 | 1952 | 1,296 | 1,230 | 1,171 | $61,126 |
| 1 | 2 | 1986 | 403 | 403 | 403 | $25,595 |

Building Sketches Available!

## EXTRA FEATURES

| Description | Year Built | Units | Calc Value |
|---|---|---|---|
| Patio - Concrete Slab | 1995 | 100 | $287 |
| Patio - Concrete Slab w/Roof Aluminum or Fiber | 1995 | 490 | $3,014 |
| Wood Fence | 1995 | 40 | $403 |
| Chain-link Fence 4-5 ft high | 1965 | 180 | $792 |

## ADDITIONAL INFORMATION

\* The information listed below is not derived from the Property Appraiser's Office records. It is provided for convenience and is derived from other government agencies.

### LAND USE AND RESTRICTIONS

| | |
|---|---|
| Community Development District: | NONE |
| Community Redevelopment Area: | NONE |
| Empowerment Zone: | NONE |
| Enterprise Zone: | NONE |
| Urban Development: | INSIDE URBAN DEVELOPMENT BOUNDARY |
| Zoning Code: | R-1 - |
| Existing Land Use: | 10 - SINGLE-FAMILY, MED.-DENSITY (2-5 DU/GROSS ACRE). |

Government Agencies and Community Services

### OTHER GOVERNMENTAL JURISDICTIONS

- Business Incentives
- Childrens Trust
- City of Hialeah
- Environmental Considerations
- Florida Department Of Revenue
- Florida Inland Navigation District
- Miami-Dade County Bulletin Board
- Non-Ad Valorem Assessments
- School Board
- South Florida Water Mgmt District
- Tax Collector

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp

For inquiries and suggestions email us at http://www.miamidade.gov/pa/email/ASP/formNew.asp.

Version: 2.0.3

# EXEMPTIONS & BENEFITS

Deployed Military

Disability Exemptions

Homestead

Institutional

Senior Citizens

More >

## REAL ESTATE

40 Yr Building Re-Certification

Appealing Your Assessment

Defective Drywall

Folio Numbers

Mortgage Fraud

More >

## TANGIBLE PERSONAL PROPERTY

Appealing your Assessment

Assessment Information Search

Exemptions

Extension Requests

Filing Returns

More >

## PUBLIC RECORDS

Address Blocking

Change of Name

Change of Address

Change of Ownership & Title

Declaration of Condominium

More >

## ONLINE TOOLS

Property Search

Property Sales

Tax Estimator

Tax Comparison

Homestead Exemption and Portability

More >

## TAX ROLL ADMINISTRATION

Appealing your Assessment

Reports

More >