**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
SECOND AMENDED PLAN

DEBTOR: Delfin Fandino    JOINT DEBTOR: _____    CASE NO.: 15-16782-RAM
Last Four Digits of SS# 5419    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A.    $ 172.63 for months 1 to 5;
  B.    $ 287.70 for months 6 to 60; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650 + 775 (Motion to value) = $4425 TOTAL PAID $ 1500
                   Balance Due    $ 2925 payable $ 97.50/month (Months 1 to 30)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None    Arrearage on Petition Date $ _____
Address: _____    Arrears Payment    $ _____/month (Months ___ to ___)
                   Regular Payment    $ _____/month (Months ___ to ___)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Bank of America 1800 Tapo Canyon Rd Simi Valley, CA 93063 Account No: xxxx1899 | 45 E 40 Street, Hialeah, FL 33013 $143,570 | 5.25% | $103.56 | 6 to 60 | $5,695.80 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None    Total Due $ _____
           Payable   $ _____/month (Months ___ to ___) Regular Payment $ _____

Unsecured Creditors: Pay $ 57.87/month (Months 1 to 30) and Pay $ 155.37/month (Months 31 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditors Ocwen Loan Servicing, LLC and Bank of America and will continue to pay said creditors directly outside the chapter 13 plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/Robert Sanchez, Esq.
Attorney for the Debtor                       Joint Debtor
Date: 9-29-15                                  Date: _____

LF-31 (rev. 01/08/10)