UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                  CASE NO.: 15-16782-RAM
                                                        CHAPTER: 13

DELFIN FANDINO
aka Delfin D Fandino
aka Delfin Fandina,

   Debtor.
_____/

## RESPONSE TO DEBTORS' OBJECTION TO CLAIM OF OCWEN LOAN SERVICING, LLC # 11-1

**COMES NOW**, Ocwen Loan Servicing, LLC, as servicer for Wells Fargo Bank, National Association as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2006-9 ("Creditor"), by and through undersigned counsel, hereby files its Response To Debtors' Objection To Claim # 11-1, in support thereof, states as follows:

1. Creditor maintains a security interest in Debtor's real property located at 45 E 40th Street, Hialeah, FL 33013.

2. Creditor filed its Proof of Claim # 11-1 on July 23, 2015 in the amount of $190,034.14.

3. On September 16, 2015, Debtors filed their Amended Objection to Creditor's Claim requesting that the arrears be stricken as the claim is being paid directly outside of the Chapter 13 plan.

4. In response, Creditor requests that the claim be allowed to remain on the court record in its entirety with no distribution by the Trustee.




15-030570 - TaV

5.  Creditor submits that this will not prejudice the Debtor nor have a detrimental impact on the Court's administration of this case.

WHEREFORE, Creditor respectfully requests that the claim be allowed to remain on the court record with no distribution by the Trustee.

**I HEREBY CERTIFY** that a true copy of the foregoing has been served via electronic transmission (CM/ECF) and/or United States first class mail postage prepaid to the Attached Mailing List this 8th day of October, 2015.

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-241-1969


By:  /s/ NIRVANI SINGH
Nirvani Singh, Esquire
Florida Bar No. 105571
Communication Email: Nsingh@rasflaw.com

**Mailing List**

Delfin Fandino
45 E 40 Street
Hialeah, FL 33013-2225

Robert Sanchez, Esq
355 W 49 St.
Hialeah, FL 33012

Nancy K. Neidich
POB 279806
Miramar, FL 33027

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130


15-030570 - TaV