UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 15-16782

IN RE:
Delfin Fancino
    Debtor
_____/

TRUSTEE'S MOTION TO REDIRECT
(Bank of America (Claim#9))
AND MOTION TO DEEM VALUED PROPERTY PAID IN FULL
AND CERTIFICATE OF SERVICE OF NOTICE OF HEARING

Nancy N. Neidich, Standing Chapter 13 Trustee, files this Motion to Redirect and states as follows:

1) The plan provides for payments to Bank of America in the amount of $5,695.80 for a valued lien secured by property located at 45 E 40th Street, Hialeah, FL . The Trustee has paid the creditor a total of $310.73 toward this secured amount.

2) The creditor is rejecting funds stating that the loan is closed.. A copy of the letter is attached if the creditor provided a letter.

3) The amount of $5,385.07 should be redirected to other creditors.

WHEREFORE, the Trustee requests that this Court enter an order to allow the Trustee to redirect the funds in the amount of $5,385.07 earmarked in the plan to Bank of America to other creditors AND TO DEEM VALUED PROPERTY PAID IN FULL .

Respectfully submitted:
NANCY N. NEIDICH, ESQ
CHAPTER-13 TRUSTEE
_____/s/_____
AMY E CARRINGTON, ESQ.
FLORIDA BAR NO.: 101877
P.O. BOX 279806
MIRAMAR, FL 33027
(954) 443-4402

Case 15-16782-RAM    Doc 74    Filed 06/01/16    Page 2 of 3

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing Motion to Redirect and the notice of hearing generated by ECF were served on Debtors' Counsel and By U.S. first class mail:

Wendy J Wasserman, Esq
Marinosci Law Group, PA
100 West Cypress Creedk Road, Suite 1045
Fort Lauderdale, FL  33309

Bank of America, N.A.
Bankruptcy Department
P.O. Box 26012, NC4-105-02-99,
Greensboro, North Carolina 27420.

By: /NANCY N. NEIDICH, ESQ
    CHAPTER 13 TRUSTEE



SunTrust Lockbox Services

Individual Batch Report

13DE Neidich, Nancy    2099    04/15/2016

Check No:  Acct No:  Amount:  Batch: 918 Transaction: 3 Image: 2

**Bank of America**
Home Loans

Mail Stop, NC4-105-02-99
4161 PIEDMONT PKWY
GREENSBORO NC 27410-8110

NANCY K NEIDICH
PO BOX 279806
MIRAMAR, FL 33027-9806

Account (last 4): 1801 & 1899

Debtor(s): DELFIN FANDINO

Case No.: 15-16782

Trustee Check(s):

| Date(s): | Amount(s): | Check(s): |
|---|---|---|
| | | |

Bank of America Check(s): 2

| Date(s): | Amount(s): | Check(s): |
|---|---|---|
| 03/29/16 | $20.07 | #8840812048 |
| 03/29/16 | $103.56 | #8840812047 |

**IMPORTANT MESSAGE ABOUT THIS LOAN**

Enclosed please find check(s) for the total amount of $20.07 & $103.56 which represents funds we received from the Bankruptcy Trustee's office for the debtor's case as listed above.

These funds are being returned to you for the following reason:

☐ Relief was granted on XX-XX-XX.
☐ The loan has been dismissed.
☒ The loan is CLOSED.
☐ Returning funds, unable to locate the account with the information provided.
☐ DOJ Forgiveness
☐ Loan has been service released to:

**WHAT YOU SHOULD DO**

If you need additional assistance, please contact us at 800-702-1161 Option 1

**THANK YOU FOR YOUR BUSINESS**

Thank you for this opportunity to be of service.

xxxx ####/#### 6/01/2009