UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| In re | Case No.: 15-16782 |
| Delfin Fandino, | CHAPTER 13 |
|     Debtor. | |

## LIMITED OPPOSITION TO TRUSTEE'S OBJECTION TO CLAIM #8

Bank of America, N.A., (hereinafter "Secured Creditor") files this Limited Opposition to Trustee's Objection to Claim #8 ("hereinafter "Trustee's Objection"), with respect to its Claim and the subject Property described as **45 E 40th Street, Hialeah, Florida 33013-2225.**

Secured Creditor does not oppose the Trustee's Objection to the extent of allowing disbursements in the amount of $355.65 that occurred until the effective date of the Department of Justice Loan Forgiveness Program.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida , and I am in compliance with the additional qualification to practice in this court set forth in Local Rule 2090-1(A).

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Limited Opposition to Trustee's Objection to Claim #8 has been furnished this 27th day of June 2016 electronically to Robert Sanchez, Esq., Attorney for Debtor, Nancy K. Neidich, Chapter 13 Trustee, & the Office of the U.S. Trustee.

By: /s/ Gerard M. Kouri, Jr.
    GERARD M. KOURI, JR., ESQUIRE
Bar No. 375969
Retained Counsel
Gerard M. Kouri, Jr. P.A.
5311 King Arthur Avenue
Davie, Florida 33331
(954) 862-1731
(954) 862-1732 fax
gmkouri@aol.com
B.507-13354A

Attorneys for Bank of America, N.A., its assignees and/or successors in interest