UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:  
Delfin Fandino,  
          Debtor.

Case No.: 15-16782  
CHAPTER 13  
Hearing: 7/12/16 at 9:00 a.m.

## LIMITED OPPOSITION TO TRUSTEE'S MOTION TO REDIRECT AND MOTION TO DEEM VALUED PROPERTY PAID IN FULL

Bank of America, N.A. (hereinafter "Secured Creditor") files this limited opposition to the Trustee's Motion to Redirect and Motion to Deem Valued Property Paid in Full (hereinafter "Motion"), with respect to its Claim No. 9 and the subject Property described as **45 E 40th Street, Hialeah, Florida 33013-2225.**

1. Secured Creditor does not oppose the Motion, to the extent of the redirecting of funds in the amount of $5,385.07, which were earmarked in the Plan for payment to Bank of America, as the home equity loan has been approved for full principal forgiveness.

2. Secured Creditor will, however, retain the funds already disbursed by the Trustee in the amount of $310.73.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida , and I am in compliance with the additional qualification to practice in this court set forth in Local Rule 2090-1(A).

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of THE FOREGOING has been furnished 27th day of June 2016 electronically to Robert Sanchez, Esq., Attorney for Debtor, Nancy K. Neidich, Chapter 13 Trustee, & the Office of the U.S. Trustee.

By: /s/ Gerard M. Kouri, Jr.  
GERARD M. KOURI, JR., ESQUIRE  
Bar No. 375969  
Retained Counsel  
Gerard M. Kouri, Jr. P.A.  
5311 King Arthur Avenue  
Davie, Florida 33331  
(954) 862-1731; (954) 862-1732 fax  
gmkouri@aol.com  
B.507-13354

Attorneys for Bank of America, N.A., its assignees and/or successors in interest