# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)
### FIRST MODIFIED PLAN

DEBTOR: Delfin Fandino        JOINT DEBTOR:                    CASE NO.: 15-16782-RAM
Last Four Digits of SS# 5419        Last Four Digits of SS#

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

   A.   $ 266.04 for months 1 to 28;
   B.   $ 296.55 for months 29 to 60; in order to pay the following creditors:

Administrative:   Attorney's Fee - $ 3650 + 775 (Motion to value) + 525 (Motion to Modify) = $4950
                  TOTAL PAID $ 1500   Balance Due $ 3450
                              payable $ 94.02/month  (Months 1 to 28)
                              payable $ 204.38/month (Months 29 to 32)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None                              Arrearage on Petition Date  $
Address:                             Arrears Payment   $         /month (Months      to      )
                                     Regular Payment   $         /month (Months      to      )
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Bank of America<br>1800 Tapo Canyon Rd<br>Simi Valley, CA 93063<br>Account No: xxxx1899 | 45 E 40 Street, Hialeah, FL 33013<br>$143,570 | 5.25% | $11.10 | 1 to 28 | $310.73 (Per ECF#82) |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None              Total Due $
                     Payable   $        /month (Months    to    ) Regular Payment $

Unsecured Creditors: Pay $ 144.98/month (Months 1 to 28), Pay $ 62.51/month (Months 29 to 32, and Pay $ 266.89/month (Months 33 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditor Ocwen Loan Servicing, LLC will continue to pay said creditors directly outside the chapter 13 plan. The debtor shall surrender 2007 FTWD Fleetwood Enterprises Trailer Vin: XXXX2901260 to Bank of America.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

 /s/Robert Sanchez, Esq.
Attorney for the Debtor                      Joint Debtor
Date: 8/28/2017                              Date:

LF-31 (rev. 01/08/10)